USCA1 Opinion

 

 UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________ No. 97-1048 DR. MAJORIE C. MCMILLAN, Plaintiff, Appellee, v. v. MASSACHUSETTS SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, DR. GUS THORNTON,  Defendants, Appellants, ______ DR. PAUL GAMBARDELLA, Defendant, Appellee.  ________ ORDER OF COURT ORDER OF COURT Entered: January 24, 1997 Upon motion, It is ordered that the time for filing appellant's statement of issues and designation of the contents of the appendix to the brief be, and the same hereby is enlarged to and including February 10, 1997 . It is further ordered that the time for filing brief for appellant and appendix to the brief be, and same hereby is enlarged to and including March 6, 1997. Form A should be filed promptly with this court. Counsel must first ascertain an estimated date of completion of transcript from the court reporter and so advise this court in future requests for an enlargement of time. By the Court:     WILLIAM H. NG, Clerk By_______________   Chief Deputy Clerk cc: Mr. Cohn, Ms's Tearney, Rudavsky, Maloney]